IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

BARBIE SONDESKY and
RONALD SONDESKY, on
behalf of themselves and all
other similarly situated
employees,

    Plaintiffs,

v.                                                       No. 14-1077

ISR GROUP, INC. and
ALFRED LUMPKIN,

    Defendants.

---

ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE
AND STAYING CASE

---

This matter is before the Court on the report and recommendation (D.E. 13) of the magistrate judge, filed June 18, 2014, recommending that the May 29, 2014 motion (D.E. 11) of the Defendant, Alfred Lumpkin, seeking to stay this action pending resolution of the Chapter 11 bankruptcy of Defendant, ISR Group, Inc., be granted. According to the Court's docket, no objections to the magistrate judge's report and recommendation have been filed, and the time for such objections has now expired.

The Court has reviewed the magistrate judge's report and recommendation. No objections having been filed to the report and recommendation, the Court ADOPTS the magistrate judge's report and recommendation. Lumpkin's motion to stay proceedings is GRANTED. The parties are DIRECTED to notify the Court within thirty days following the resolution of Defendant's bankruptcy petition.

IT IS SO ORDERED this 17th day of July, 2014.

                                        s/ J. DANIEL BREEN
                                        CHIEF UNITED STATES DISTRICT JUDGE